**Motion Denied and Order filed September 22, 2015.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

————————

**NO. 14-15-00255-CR**

————————

**JESUS LORENZO VILLASENOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the
Guadalupe County, Texas
Trial Court Cause No. 1386869**

## ORDER

Appellant is represented by appointed counsel, **Patrick F. McCann**. Appellant's brief was originally due June 11, 2015**.** We have granted a total of 90 days to file appellant's brief until September 9, 2015. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On September 10, 2015, counsel filed a further

request for extension of time to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.[1]

We deny the request for extension and issue the following order.

Accordingly, we order Patrick McCann to file a brief with the clerk of this court **on or before October 9, 2014**. If counsel does not timely file appellant's brief as ordered, the court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Jamison, McCally and Wise

---

[1] We note that counsel's assertion this case was sent back to the trial court for appointment of another attorney on the grounds there were was arguable error is erroneous.